ANABEL CABEBE
P. O. Box 29386
Honolulu, HI 96820
Debtor/Defendant



FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2016 AUG -4 P 2: 26

MICHAEL B. DOWLING
CLERK OF COURT

IN THE UNITED STATES BANKRUPTY COURT

FOR THE DISTRICT COURT OF HAWAII

| In re<br><br>ANABEL GASMEN CABEBE,<br><br>        Debtor<br>---<br>ELIZABETH A. KANE, Bankruptcy Trustee of the estate of Anabel Gasmen Cabebe<br><br>        Plaintiff<br>vs.<br><br>ANABEL GASMEN CABEBE,<br><br>        Defendant | Case No. 15--01446<br>  (Chapter 7)<br><br>Adversary Proceeding No. 16-_____<br><br>ANABEL G. CABEBE's OBJECTION TO TRUSTEE'S OPPOSITION TO THE REQUEST TO DISMISS CHAPTER 7 CASE<br><br>Certificate of Service |
|---|---|

### ANABEL G. CABEBE's OBJECTION TO TRUSTEE'S OPPOSITION TO THE REQUEST TO DISMISS CHAPTER 7 CASE

    I, Anabel G. Cabebe, give my objection to the Trustee's Opposition to my request to have my Chapter 7 case be dismissed. My reasons are as follows:

    1.    No one will be hurt or injured because I and my family will make an arrangement with my lenders and creditors to get paid. If there is any unsecured creditors that may arise in the future then I will make arrangement to settle with them also at that time.

    2.    I am processing a loan modification to pay off the creditors.

3. The only creditors I know are the mortgage lenders, the car loan and my taxes.

4. I deny responsibility for others who are supposedly claiming I owe them money. They should sue me in a collection case in a proper court.

5. The Trustee has control of my assets so I can no longer decide over my properties, so how can I be alleged to be doing misconduct.

_____
Anabel G. Cabebe
P. O. Box 29386
Honolulu, HI 96820

Debtor/Defendant
Honolulu, Hawaiii 8-2-016

CERTIFICATE OF SERVICE

Anabel G. Cabebe certifies that a copy of this document will be mailed to Plaintiff's lawyer at their office.

Simon Klevansky
Alika Piper
841 Bishop Street #1707
Honolulu, Hawaii 96813

_____
Anabel G. Cabebe
P. O. Box 29386
Honolulu, HI 96820

Debtor/Defendant
Honolulu, Hawaiii 8-2-016