UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
HONOLULU DIVISION

In re: §
§
ANABEL GASMEN CABEBE § Case No. 15-01446
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 11/28/2015. The case was converted to one under Chapter 7 on 03/31/2016. The undersigned trustee was appointed on 04/13/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $ 1,475,482.91

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 95,725.00 |
   | Bank service fees | 2,187.62 |
   | Other payments to creditors | 1,265,273.56 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 900.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $ 111,396.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

U.S. Bankruptcy Court - Hawaii   #15-01446   Dkt # 224   Filed  12/28/17   Page 1 of 19

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/03/2016 and the deadline for filing governmental claims was 05/26/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 67,397.49. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 30,000.00, for a total compensation of $ 30,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 41.41, for total expenses of $ 41.41 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/27/2017      By: /s/Elizabeth A. Kane, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 15-01446 | RJF | Judge: | Robert J. Faris | Trustee Name: | Elizabeth A. Kane, Trustee |
| Case Name: | ANABEL GASMEN CABEBE | | | | Date Filed (f) or Converted (c): | 03/31/2016 (c) |
| | | | | | 341(a) Meeting Date: | 04/27/2016 |
| For Period Ending: | 12/27/2017 | | | | Claims Bar Date: | 11/03/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1604 Democrat Street | 785,000.00 | 208,000.00 | | 815,000.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Residence at: 98-510 Kaamilo Street, Aiea, | 832,000.00 | 327,000.00 | | 652,979.53 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Cash | 500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. ASB checking | 900.00 | 0.00 | | 1,083.38 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Household Goods and Furniture audio, video, and | 8,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. Clothes | 600.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Whole Life Pacific Guardian insurance company of | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Inactive realtor license, notary license intangi | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. 2002 Dodge caravan 1900 2004 Dodge caravan 2500 | 3,400.00 | 900.00 | OA | 0.00 | FA |
| Docket #153 authorized abandonment of this and other vehicles. | | | | | |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

U.S. Bankruptcy Court - Hawaii   #15-01446   Dkt # 224   Filed  12/28/17   Page 3 of 19

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-01446 | RJF | Judge: | Robert J. Faris | Trustee Name: | Elizabeth A. Kane, Trustee |
| Case Name: | ANABEL GASMEN CABEBE | | | | Date Filed (f) or Converted (c): | 03/31/2016 (c) |
| | | | | | 341(a) Meeting Date: | 04/27/2016 |
| For Period Ending: | 12/27/2017 | | | | Claims Bar Date: | 11/03/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Rents  Rental income from tenants at Democrat Street | 0.00 | 5,000.00 | | 5,150.00 | FA |
| 12. Personal property at Democrat Street (u) | 0.00 | 1,246.00 | | 1,270.00 | FA |
| 13. HI FCU checking account | 200.00 | 0.00 | | 0.00 | FA |
| 14. Pearl Harbor FCU checking and savings | 130.00 | 0.00 | | 0.00 | FA |
| 15. BANK of America, Foundation checking account | 0.00 | 0.00 | | 0.00 | FA |
| 16. HI USA checkng account | 400.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,633,330.00     $542,146.00     $1,475,482.91     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/28/17 letter to ASB closing frozen bank account of debtor.

9/27/17 receive final fee application of CPA

Exhibit A

9/8/17 review proposed fee application of counsel, instruct as to amount will approve. await fee application of CPA before filing.

6/28/17 emails with counsel re tasks still to be done before closing case

5/19/17 motion to dismiss adversary against Cabebe

5/17/17 judgment in adversary against Cabebe and fraudulent lienholders filed by state office of consumer protection

4/25/17 received response to prompt determination letter from IRS.

3/22/17 emails with counsel re list of items still to be done

3/2/17 estate tax returns filed

12/2/16 order approving sale of Kaamilo

10/21/16 Approved draft of motion to approve sale of Kaamilo property.

10/13/16 New offer on Kaamilo property. Too low. Countered at full price.

09/26/16 realtor delivered letter to occupants of Kaamilo property, demanding vacate

09/21/16 all offers for Kaamilo have fallen through, issue of removal of occupants.

09/16/16 received some docs from D in response to turnover order

09/03/16 Receive and deposit funds from sale of Democrat Street

07/26/16 signed closing documents for sale of Democrat St., Requested deadline to file proof of claim.

06/07/16 motion for approval of sale of Democrat street filed.

04/06/16 spoke with ASB. requeted information on historic record of bank account.
Debtor has been collecting post-conversion rent.

Initial Projected Date of Final Report (TFR): 06/30/2017     Current Projected Date of Final Report (TFR): 12/31/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 15-01446 | Trustee Name: Elizabeth A. Kane, Trustee | Exhibit B |
| Case Name: ANABEL GASMEN CABEBE | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX2557 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3296 | Blanket Bond (per case limit): $3,000,000.00 | |
| For Period Ending: 12/27/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $90,031.09 | | $90,031.09 |
| 12/27/16 | 2 | Title Guaranty Escrow Services, Inc. | Attorney fees for sale of Kaamilo part of carve-out for sale of property, set aside for counsel fees | 1110-000 | $3,000.00 | | $93,031.09 |
| 12/27/16 | | Title Guaranty Escrow Services, Inc. | Carve-out from sale proceeds from sale of Kaamilo | | $20,000.00 | | $113,031.09 |
| | | | Gross Receipts $649,979.53 | | | | |
| | | KU Realty | real estate commissions ($32,495.00) | 3510-000 | | | |
| | | Title Guaranty | settlement agent fee ($1,005.24) | 2500-000 | | | |
| | | Title Guaranty | Title insurance ($1,386.00) | 2500-000 | | | |
| | | Title Guaranty | Release processing fee ($55.00) | 2500-000 | | | |
| | | Bureau of Conveyances | Recording fee ($62.00) | 2500-000 | | | |
| | | State of Hawaii | Transfer tax ($1,299.80) | 2500-000 | | | |
| | | Specialized Loan Servicing LLC 8742 Lucent Blvd, Suite 300 Highlands Ranch, CO | first mortgage ($536,531.02) | 4110-000 | | | |
| | | HI State FCU 560 Halekauwila Street Honolulu, HI 96813 | second mortgage ($49,828.19) | 4110-000 | | | |
| | | HI State FCU | foreclosure costs ($3,584.30) | 4110-000 | | | |
| | | Klevansky Piper | attorney fee set aside ($3,000.00) | 3110-002 | | | |
| | | Keahi Pelayo | re-keying ($534.03) | 2420-000 | | | |
| | | Durrett Ma & Lang LLLP | document drafting ($198.95) | 2500-000 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 15-01446 | | Trustee Name: | Elizabeth A. Kane, Trustee | | |
| Case Name: | ANABEL GASMEN CABEBE | | Bank Name: | Associated Bank | | |
| | | | Account Number/CD#: | XXXXXX2557 | | |
| | | | | Checking | | |
| Taxpayer ID No: | XX-XXX3296 | | Blanket Bond (per case limit): | $3,000,000.00 | | |
| For Period Ending: | 12/27/2017 | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 2 | | Residence at: 98-510 Kaamilo Street, Aiea,  $649,979.53 | 1110-000 | | | |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.74 | $112,913.35 |
| 01/23/17 | 1001 | International Sureties, LTD 701 Poydras St., Suite 420 New Orleans, LA 70139 | 2017 bond | 2300-000 | | $64.63 | $112,848.72 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $167.87 | $112,680.85 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $151.32 | $112,529.53 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $167.30 | $112,362.23 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.67 | $112,200.56 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.79 | $112,033.77 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.19 | $111,872.58 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.35 | $111,706.23 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.08 | $111,540.15 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.49 | $111,379.66 |
| 10/18/17 | 4 | American Savings Bank | cloaing balance of bank account | 1129-000 | $1,083.38 | | $112,463.04 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-01446  
Case Name: ANABEL GASMEN CABEBE  
Trustee Name: Elizabeth A. Kane, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2557  
Checking  

Taxpayer ID No: XX-XXX3296  
Blanket Bond (per case limit): $3,000,000.00  
For Period Ending: 12/27/2017  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/17 | 1002 | Anabel G. Cabebe 94-405 Kuahui St. Waipahu, HI 96797 | Exempt portion of ASB checking account | 8100-002 | | $900.00 | $111,563.04 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.31 | $111,396.73 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | $114,114.47 | $2,717.74 |
| Less: Bank Transfers/CD's | | $90,031.09 | $0.00 |
| Subtotal | | $24,083.38 | $2,717.74 |
| Less: Payments to Debtors | | $0.00 | $900.00 |
| Net | | $24,083.38 | $1,817.74 |

UST Form 101-7-TFR (5/1/2011) (Page: 8)    Page Subtotals    $0.00    $1,066.31

U.S. Bankruptcy Court - Hawaii    #15-01446    Dkt # 224    Filed 12/28/17    Page 8 of 19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-01446
Case Name: ANABEL GASMEN CABEBE
Taxpayer ID No: XX-XXX3296
For Period Ending: 12/27/2017

Trustee Name: Elizabeth A. Kane, Trustee
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX66
Checking Account
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/16 | 11 | Victor Areualo<br>1604 Democrat St.<br>Honolulu, HI 96819 | May rent<br>Democrat St. May rent | 1122-000 | $400.00 | | $400.00 |
| 05/12/16 | 11 | Antonio J. Trevias<br>1314 Victoria St. #1801<br>Honolulu, HI 96814 | May rent Democrat St.<br>May rent Democrat St. | 1122-000 | $550.00 | | $950.00 |
| 05/12/16 | 11 | Tony Duncan<br>1604 Democrat St. Apt. 2<br>Honolulu, HI 96819 | May rent Democrat St.<br>May rent Democrat St. | 1122-000 | $800.00 | | $1,750.00 |
| 05/12/16 | 11 | Ronald Badua<br>1604 Democrat St. Apt 1<br>Honolulu, HI 96819 | May rent Democrat St.<br>May rent Democrat St. | 1122-000 | $1,000.00 | | $2,750.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $2,740.00 |
| 06/06/16 | 11 | Tony Duncan<br>1604 Democrat St. Apt. 2<br>Honolulu, HI 96819 | June rent<br>June rent | 1122-000 | $800.00 | | $3,540.00 |
| 06/16/16 | 11 | Victor Arevalo<br>1604 Democrat St.<br>Honolulu, HI 96819 | June rent<br>June rent Arevalo Democrat St. | 1122-000 | $400.00 | | $3,940.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $3,930.00 |
| 07/08/16 | 11 | Tony Duncan<br>1604 Democrat St. Apt. 2<br>Honolulu, HI 96819 | July rent, Democrat Street<br>July rent | 1122-000 | $800.00 | | $4,730.00 |
| 07/13/16 | 11 | Victor Areualo<br>1604 Democrat St.<br>Honolulu, HI 96819 | July rent<br>July rent | 1122-000 | $400.00 | | $5,130.00 |
| 07/14/16 | 101 | Hawaiian Electric Company<br>PO Box 3978<br>Honolulu, HI 968123978 | electricity for Democrat St.<br>electric bill, July 13-24 | 2420-000 | | $59.61 | $5,070.39 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,060.39 |
| 08/10/16 | | David Brandt<br>84-677 Upena St.<br>Waianae, HI 96792 | Democrat Street personal property used in catering business<br>net proceeds from sale of personalty at Democrat Street | | $1,016.00 | | $6,076.39 |

UST Form 101-7-TFR (5/1/2011) (Page: 9)

Page Subtotals $6,166.00 $89.61

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-01446 | Trustee Name: Elizabeth A. Kane, Trustee |
| Case Name: ANABEL GASMEN CABEBE | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3296 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 12/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts $1,270.00 | | | | |
| | | David Brandt 84-677 Upena St. Waianae, HI 96792 | commission on sale of personalty at Democrat St ($254.00) | 3610-000 | | | |
| | 12 | | Personal property at Democrat Street $1,270.00 | 1229-000 | | | |
| 08/10/16 | 102 | Hawaiian Electric Company PO Box 3978 Honolulu, HI 968123978 | electricity for Democrat St. electric bill for Democrat St. | 2420-000 | | $222.76 | $5,853.63 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $5,843.63 |
| 09/03/16 | | Title Guaranty Escrow Services, Inc. 235 Queen Street Honolulu, HI 96813 | proceeds from sale of Democrat Street | | $84,581.97 | | $90,425.60 |
| | | | Gross Receipts $815,000.00 | | | | |
| | | Seterus, Inc. for Federal National Mortgage Associ PO Box 1047 Hartford, CT 06143 | first mortgage payoff ($675,330.05) | 4110-000 | | | |
| | | KU Realty , | Real estate commissions including cooperating broker ($48,900.00) | 3510-000 | | | |
| | | Keahi Pelayo , | Reimbursement to realtor for re-keying of property ($413.17) | 2420-000 | | | |
| | | Title Guaranty Escrow , | closing costs ($5,774.81) | 2500-000 | | | |
| | 1 | | 1604 Democrat Street $815,000.00 | 1110-000 | | | |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $105.44 | $90,320.16 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $125.23 | $90,194.93 |

UST Form 101-7-TFR (5/1/2011) Page Subtotals $84,581.97 $463.43

U.S. Bankruptcy Court - Hawaii  Case: 15-01446  Dkt # 224  Filed 12/28/17  Page 10 of 19

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-01446 | Trustee Name: Elizabeth A. Kane, Trustee |
| Case Name: ANABEL GASMEN CABEBE | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3296 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 12/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | bank Service Fee | 2600-000 | | $138.01 | $90,056.92 |
| 12/06/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Pro-rated Dec. 2016 fee | 2600-000 | | $25.83 | $90,031.09 |
| 12/06/16 | | Transfer to Acct # xxxxxx2557 | Transfer of Funds | 9999-000 | | $90,031.09 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $90,747.97 | $90,747.97 |
| | Less: Bank Transfers/CD's | $0.00 | $90,031.09 |
| | Subtotal | $90,747.97 | $716.88 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $90,747.97 | $716.88 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX2557 - Checking | $24,083.38 | $1,817.74 | $111,396.73 |
| XXXXXX66   - Checking Account | $90,747.97 | $716.88 | $0.00 |
|  | $114,831.35 | $2,534.62 | $111,396.73 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $1,360,651.56 |
| Total Net Deposits: | $114,831.35 |
| Total Gross Receipts: | $1,475,482.91 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-01446-RJF  Date: December 27, 2017
Debtor Name: ANABEL GASMEN CABEBE
Claims Bar Date: 11/3/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Elizabeth A. Kane<br>P.O. Box 1573<br>Honolulu, HI 96806 | Administrative | | $0.00 | $30,000.00 | $30,000.00 |
| 100 2200 | Elizabeth A. Kane<br>P.O. Box 1573<br>Honolulu, HI 96806 | Administrative | | $0.00 | $41.41 | $41.41 |
| 100 3210 | Klevansky Piper LLP<br>841 Bishop St., Ste. 1707<br>Honolulu, HI 96813 | Administrative | | $0.00 | $53,357.69 | $53,357.69 |
| 100 3220 | Klevansky Piper LLP<br>841 Bishop St., Ste. 1707<br>Honolulu, HI 96813 | Administrative | | $0.00 | $1,642.31 | $1,642.31 |
| 100 3410 | Peter Matsumoto | Administrative | | $0.00 | $2,856.53 | $2,856.53 |
| 2 100 4110 | HI State FCU<br>560 Halekauwila Street<br>Honolulu, HI 96813 | Secured | Pursuant to order entered 12/2/16 (docket #209), payment made from sale was in full satisfaction of mortgage. | $0.00 | $98,102.80 | $49,828.19 |
| 9 100 4110 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO | Secured | Paid from sale of Kaamilo Street propety. | $0.00 | $507,105.45 | $536,531.02 |
| 10 100 4110 | Seterus, Inc. for Federal National Mortgage Associ<br>PO Box 1047<br>Hartford, CT 06143 | Secured | Paid from sale of Democrat Street property. | $0.00 | $677,329.63 | $675,330.05 |
| 3 300 7100 | HI State FCU<br>560 Halekauwila Street<br>Honolulu, HI 96813 | Unsecured | Pursuant to Stipulated Order entered 1/23/17 (docket #216), judgment lien avoided. Claim now treated as unsecured. | $0.00 | $25,750.00 | $25,750.00 |

Page 1   Printed: December 27, 2017

UST Form 101-7-TFR (5/1/2011) (Page: 13)
U.S. Bankruptcy Court - Hawaii   #15-01446   Dkt # 224   Filed  12/28/17   Page 13 of 19

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-01446-RJF  Date: December 27, 2017
Debtor Name: ANABEL GASMEN CABEBE
Claims Bar Date: 11/3/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | Honolulu Board of Water Supply Collection Department 630 South Beretania Street Honolulu, HI 96843 | Unsecured | | $0.00 | $2,410.60 | $2,410.60 |
| 8P-3 570 5800 | State of Hawaii Office of Consumer Protection Attn: James F. Evers 235 S. Beretania Street, Room 801 Honolulu, HI 96813 | Priority | | $0.00 | $97,900.00 | $97,900.00 |
| 12P 570 5800 | Department Of Taxation Attn: Bankruptcy Unit PO Box 259 Honolulu, HI 96809-0259 | Priority | | $0.00 | $2,865.04 | $2,865.04 |
| 1 610 7100 | First Hawaiian Bank Loan Recovery Dept. PO Box 4070 Honolulu, HI 96812 | Unsecured | | $0.00 | $1,942.63 | $1,942.63 |
| 4 610 7100 | Internal Revenue Service Department Of Treasury, Stop W-243 915 2nd Avenue Seattle, WA 98174-0000 | Unsecured | | $0.00 | $8,379.13 | $8,379.13 |
| 5 610 7100 | Nelson Madamba Mariethez Madamba,c/o Donald L. Spafford, Jr.,1003 Bishop Street, Suite Honolulu, HI 96813 | Unsecured | | $0.00 | $1,000,000.00 | $1,000,000.00 |
| 6 610 7100 | Jose Cardenas Dingle, Jr. Maria Terrado Dingle 4992 Likini St Honolulu, HI 96818 | Unsecured | | $0.00 | $1,000,000.00 | $1,000,000.00 |
| 7 610 7100 | Lilibeth Sabangan Maramag 94-442 Hamau St Waipahu, HI 96797 | Unsecured | | $0.00 | $1,000,000.00 | $1,000,000.00 |
| 8U-3 610 7100 | State of Hawaii Office of Consumer Protection Attn: James F. Evers 235 S. Beretania Street, Room 801 Honolulu, HI 96813 | Unsecured | | $0.00 | $233,520.80 | $233,520.80 |

Page 2                                                    Printed: December 27, 2017

UST Form 101-7-TFR (5/1/2011) (Page: 14)
U.S. Bankruptcy Court - Hawaii   #15-01446   Dkt # 224   Filed 12/28/17   Page 14 of 19

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-01446-RJF  
Debtor Name: ANABEL GASMEN CABEBE  
Claims Bar Date: 11/3/2016  
Date: December 27, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12U 610 7100 | Department Of Taxation<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu, HI  96809-0259 | Unsecured | | $0.00 | $618.19 | $618.19 |
| 13 610 7100 | Consolacion Madamba<br>c/o Donald L. Spafford, Jr.<br>1003 Bishop St., Ste. 470<br>Honolulu, HI  96813 | Unsecured | | $0.00 | $1,000,000.00 | $1,000,000.00 |
| | Case Totals | | | $0.00 | $5,743,822.21 | $5,722,973.59 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                                                                 Printed: December 27, 2017

UST Form 101-7-TFR (5/1/2011) (Page: 15)

U.S. Bankruptcy Court - Hawaii   #15-01446   Dkt # 224   Filed 12/28/17   Page 15 of 19

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-01446
Case Name: ANABEL GASMEN CABEBE
Trustee Name: Elizabeth A. Kane, Trustee

Balance on hand $ 111,396.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Seterus, Inc. for Federal National Mortgage Associ | $ 677,329.63 | $ 675,330.05 | $ 675,330.05 | $ 0.00 |
| 2 | HI State FCU | $ 98,102.80 | $ 49,828.19 | $ 49,828.19 | $ 0.00 |
| 9 | Specialized Loan Servicing LLC | $ 507,105.45 | $ 536,531.02 | $ 536,531.02 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 111,396.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth A. Kane | $ 30,000.00 | $ 0.00 | $ 30,000.00 |
| Trustee Expenses: Elizabeth A. Kane | $ 41.41 | $ 0.00 | $ 41.41 |
| Attorney for Trustee Fees: Klevansky Piper LLP | $ 53,357.69 | $ 0.00 | $ 53,357.69 |
| Attorney for Trustee Expenses: Klevansky Piper LLP | $ 1,642.31 | $ 0.00 | $ 1,642.31 |
| Accountant for Trustee Fees: Peter Matsumoto | $ 2,856.53 | $ 0.00 | $ 2,856.53 |

U.S. Bankruptcy Court - Hawaii   #15-01446   Dkt # 224   Filed 12/28/17   Page 16 of 19

| | Total to be paid for chapter 7 administrative expenses | $ 87,897.94 |
| | Remaining Balance | $ 23,498.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 100,765.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P-3 | State of Hawaii Office of Consumer Protection | $ 97,900.00 | $ 0.00 | $ 22,830.65 |
| 12P | Department Of Taxation | $ 2,865.04 | $ 0.00 | $ 668.14 |
| | Total to be paid to priority creditors | | | $ 23,498.79 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,272,621.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | HI State FCU | $ 25,750.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Honolulu Board of Water Supply | $ 2,410.60 | $ 0.00 | $ 0.00 |
| 1 | First Hawaiian Bank | $ 1,942.63 | $ 0.00 | $ 0.00 |
| 4 | Internal Revenue Service | $ 8,379.13 | $ 0.00 | $ 0.00 |
| 5 | Nelson Madamba | $ 1,000,000.00 | $ 0.00 | $ 0.00 |
| 6 | Jose Cardenas Dingle, Jr. | $ 1,000,000.00 | $ 0.00 | $ 0.00 |
| 7 | Lilibeth Sabangan Maramag | $ 1,000,000.00 | $ 0.00 | $ 0.00 |
| 8U-3 | State of Hawaii Office of Consumer Protection | $ 233,520.80 | $ 0.00 | $ 0.00 |
| 12U | Department Of Taxation | $ 618.19 | $ 0.00 | $ 0.00 |
| 13 | Consolacion Madamba | $ 1,000,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE