H2002g (12/15)

Filer's Name, Address, Phone, email:

Anabel Cabebe
94-405 Kuahui St,
Waipahu, Hawaii 96797
808-200-8989

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

Debtor(s): ANABEL CABEBE

Case No.: 15-01446

## NOTICE OF CHANGE OF MAILING ADDRESS
*[See instructions at bottom for correct use of this form.]*

NOTICE IS GIVEN of the following change of **mailing address**, effective now, or on 9/5/2018.

[X] This is the address where notices and other documents should be sent to the **debtor(s)**.

[ ] This is the address where notices should be sent to a **creditor** or other **party in interest**. (This notice must be filed in all pending cases.)

| Name and OLD mailing address: | Name and NEW address: |
|---|---|
| P.O. Box 29386<br>Honolulu, HI 96820 | 94-405 KUA HUI St.<br>Waipahu, Hawaii 96797 |

The undersigned declares under penalty of perjury that the information above is true and correct to the best of my knowledge.

Date: 9-5-2018

/s/ Anabel Cabebe
[Print name and sign]

- For a change of a payment or notice address related to a claim, use **Notice of Change of Address (Proof of Claim)**
- For a change of the creditor's name for a proof of claim, file a **Notice of Transfer of Claim** (fee required)
- To add a creditor to a case, file an **Amended Creditor List** (fee required)
- To correct or change the name of a debtor (e.g., due to marriage or divorce), use **Debtor's Notice of Name Change**
- For a change of an attorney's address or firm affiliation, use **Attorney's Notice of Change of Address or Firm Affiliation**

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2018 SEP -5 P 2:51
MICHAEL B. DOWLING
CLERK OF COURT

U.S. Bankruptcy Court - Hawaii  #15-01446  Dkt # 235  Filed  09/05/18  Page 1 of 1