hib_5010m (12/12)

*Filer's Name, Address, Phone, email:*
ANABEL GASMEN CABEBE
94-405 KUAHUI STREET
WAIPAHU, HAWAII 96797
TEL: 808 200-8989
Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2018 SEP -6 P 2:32
MICHAEL B. DOWLING
CLERK OF COURT

Debtor(s): ANABEL GASMEN CABEBE          Chapter 7     Case No. 15-01446

**MOTION TO REOPEN CASE**     (PAID)

Moving Party: ANABEL GASMEN CABEBE

⦿ Debtor     ◯ Creditor/Party in Interest     ◯ U.S. Trustee     ◯ Trustee

The above-named party moves for an order reopening the case for the reason(s) stated below.

☒ To file a certification of completion of a course concerning personal financial management (debtor education) in order to obtain a discharge. *[Reopening fee must be paid.]* CERTIFICATE OF DEBTOR EDUCATION ATTACHED.

☐ To file a motion or complaint alleging a violation of the postpetition discharge injunction under 11 U.S.C. § 524(a). *[No reopening fee is due.]*

☐ To seek relief under 11 U.S.C. § 362(k) concerning an alleged violation of the automatic stay during the pendency of the case. *[Reopening fee must be paid.]*

☐ To file a motion or complaint seeking other relief (describe below). *[Reopening fee must be paid.]*

Note: Generally, the court denies requests to reopen a "no-asset, no-claim-bar" case to add a creditor in amended schedules. See *In re Beezley*, 994 F.2d 1433 (9th Cir. 1993).

Dated: Sept. 5, 2018          Signature: /s/ [signature]
                              ANABEL GASMEN CABEBE
                              *Print name if original signature*

U.S. Bankruptcy Court - Hawaii  #15-01446  Dkt # 236  Filed 09/06/18  Page 1 of 1