**Date Signed:**
**September 7, 2018**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

*Debtor(s):* **ANABEL GASMEN CABEBE**

Chapter 7    Case No. **15-01446**

Related Docket No.    236

## ORDER GRANTING MOTION TO REOPEN CASE

For good cause and in accordance with 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, the motion to reopen this case is GRANTED. Failure to promptly pursue the relief described in the motion to reopen may result in the closing of the case without a hearing.

The fee is required and must be paid within 14 days after the date of this order if not already paid.

END OF ORDER