United States Bankruptcy Court
District of Hawaii

In re:                                                          Case No. 15-01446-rjf
Anabel Gasmen Cabebe                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0975-1     User: joni     Page 1 of 2     Date Rcvd: Sep 07, 2018
                 Form ID: H9022     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.
```
db         +Anabel Gasmen Cabebe,   94-405 Kuahui St.,    Waipahu, HI 96797-4531
cr         +Hawaii State Federal Credit Union,   c/o Watanabe Ing LLP,   999 Bishop Street, 23rd Floor,
             Honolulu, HI 96813-4428
auc        +Oahu Auctions,   1777 Ala Moana Blvd., #425,   Honolulu, HI 96815-1681
acc        +Peter K. Matsumoto,   P.O. Box 26479,   Honolulu, HI 96825-6479
cr         +Specialized Loan Servicing LLC,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tc           Klevansky Piper LLP
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2018 at the address(es) listed below:
```
          Alika L. Piper    on behalf of Plaintiff Elizabeth A. Kane apiper@kplawhawaii.com,
           bvierra@kplawhawaii.com;peter@kplawhawaii.com;elinor@kplawhawaii.com
          Alika L. Piper    on behalf of Trustee Elizabeth A. Kane apiper@kplawhawaii.com,
           bvierra@kplawhawaii.com;peter@kplawhawaii.com;elinor@kplawhawaii.com
          Curtis B. Ching    on behalf of U.S. Trustee    Office of the U.S. Trustee.
           USTPRegion15.HI.ECF@usdoj.gov
          Cynthia M. Johiro    on behalf of Creditor    Department of Taxation, State of Hawaii
           atg.tax.hbcf@hawaii.gov, cynthia.m.johiro@hawaii.gov
          David E. McAllister    on behalf of Creditor    Wells Fargo Bank, N.A ecfhib@aldridgepite.com,
           dem@ecf.courtdrive.com
          Elizabeth A. Kane    Trustee@kanelawhawaii.com, EKaneTrustee@gmail.com;ekane@ecf.epiqsystems.com
          Harrison P. Chung    on behalf of Interested Party Hep  Guinn hpchawaii@msn.com,
           hpclawbkr011@gmail.com
          James F. Evers    on behalf of Interested Party    State of Hawaii Office of Consumer Protection
           james.f.evers@dcca.hawaii.gov
          James F. Evers    on behalf of Plaintiff    State of Hawaii Office of Consumer Protection
           james.f.evers@dcca.hawaii.gov
          Jonathan W.Y. Lai    on behalf of Creditor    Hawaii State Federal Credit Union jlai@wik.com,
           hreagan@wik.com
          Michael J.S. Moriyama    on behalf of Plaintiff    State of Hawaii Office of Consumer Protection
           mmoriyam@dcca.hawaii.gov
          Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
          Peter T. Stone    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY
           peter.stone@mtglawfirm.com,
           james.lewin@mtglawfirm.com;wade.tang@mtglawfirm.com;Derek.Wong@mtglawfirm.com;Jenelly.Goldade@mtg
           lawfirm.com
          Peter T. Stone    on behalf of Creditor    Seterus, Inc. peter.stone@mtglawfirm.com,
           james.lewin@mtglawfirm.com;wade.tang@mtglawfirm.com;Derek.Wong@mtglawfirm.com;Jenelly.Goldade@mtg
           lawfirm.com
          Simon Klevansky    on behalf of Trustee Elizabeth A. Kane sklevansky@kplawhawaii.com,
           bvierra@kplawhawaii.com;peter@kplawhawaii.com;elinor@kplawhawaii.com
          Thomas H. Yee    on behalf of Creditor    Hawaii State Federal Credit Union tyee@wik.com,
           hreagan@wik.com
          Tracey  Ohta    on behalf of Creditor    Hawaii State Federal Credit Union tohta@wik.com,
           hreagan@wik.com
```

```
District/off: 0975-1          User: joni            Page 2 of 2           Date Rcvd: Sep 07, 2018
                              Form ID: H9022        Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Zachary K. Kondo    on behalf of Creditor   HSBC Bank USA, National Association
           ecfhib@aldridgepite.com,  zkk@ecf.courtdrive.com
          Zachary K. Kondo    on behalf of Creditor   Wells Fargo Bank, N.A ecfhib@aldridgepite.com,
           zkk@ecf.courtdrive.com

                                                                                        TOTAL: 19

H9022 (12/15)

| Information to identify the case: | |
|---|---|
| Debtor 1  **Anabel Gasmen Cabebe**  Name | United States Bankruptcy Court  District of Hawaii |
| Debtor 2  (Spouse, if filing)  Name | Case number: **15–01446**  Chapter: **7** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Granting Motion To Reopen Chapter 7 Case (Related Doc # 236). Date of Entry: 9/7/2018. (JN)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date:   September 7, 2018

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov